# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Tri-Co.-Pet., Inc. v. Myers | **Case No :** | 09-37956 - C - 7 |
| | | **Adv No :** | 09-02710 - C |
| | | **Date :** | 1/12/10 |
| | | **Time :** | 01:30 |

**Matter :** [1] - Adversary case 09-02710. (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)) : Complaint 09-02710 by Tri-Co.-Pet., Inc. against James A. Myers. Fee $250 (jlns)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
    Plaintiff's Attorney - David E. Haddock
**Respondent(s) :**
(by phone)    Defendant's Attorney - Douglas B. Jacobs

## CIVIL MINUTE ORDER

IT IS ORDERED as follows:

A trial will be held on May 6, 2010 at 10:00 a.m. before the Honorable David Russell, Courtroom No. 35, 6th Floor, United States Bankruptcy Court, 501 I Street, Sacramento, California.

The pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3), as well as the additional materials required by Local Bankruptcy Rule 9017-1 (alternate direct testimony declarations and marked exhibits) are due by the following dates:

Plaintiff: April 23, 2010

Defendant: April 30, 2010

Discovery deadline: April 23, 2010

The attention of the parties is invited to the waiver-of-objection provisions of Federal Rule of Civil Procedure 26(a)(3)(B).

Prior to the date set for trial, each party shall deliver to the courtroom deputy for Department C (not filed with the clerk) the original and two copies, with proof of service upon each adverse party, of all documents and other items of evidence proposed to be identified and introduced, together with a cover page consisting of an index of said documents and items of evidence. Plaintiff will mark and separate with tabs its documents 1", 2", and following. Defendant will mark and separate with tabs its documents A, B, and following.

Trial briefs are optional, however, any trial brief shall be filed and served not less than two (2) court days before trial.

Dated: January 20, 2010

_____
United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

David Haddock
2020 Watts Ave
East Nicolaus, CA 95659

Douglas Jacobs
20 Independence Cir
Chico, CA 95973

Linda S. Schuette
PO Box 743
Palo Cedro, CA 96073